UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CYNTHIA A JACOBS, | ) |
| | ) CASE NO. C05-0052JAJ |
| Plaintiff. | ) |
| | ) |
| vs. | ) *ATTORNEY FEE JUDGMENT* |
| | ) |
| JOANNE B BARNHART, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Attorney Jeffrey P Berg shall be awarded $313.58 in attorneys fees pursuant to the EAJA and attorney Thomas A Kraus shall be awarded $2,966.10 in EAJA fees.

DATED: May 3, 2006

<u>Pridgen J Watkins - Clerk</u>

BY: s/KFS
Deputy Clerk